HENRY H. GOVE & another, administrators, *vs.* MARION F. HAMMOND & others. March 13, 1981. The dispositive provisions of the first two articles of the will now before us, taken as a whole, are so similar to the dispositive provisions which were construed in *Wright* v. *Benttinen,* 352 Mass. 495 (1967), that we are compelled to affirm the judgment below.

*Judgment affirmed.*

*Edwin E. Kaarela* for Louise E. Hardy & others.

*David L. Taylor* for Marion F. Hammond & another, submitted a brief.